UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY DALTON,

                Plaintiff,

-v.-

CITY OF NEW YORK, et al.,

                Defendants.

22 Civ. 06652 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **September 27, 2023** at **11:15 a.m.**, the Court will hold a conference to address Defendants' motion to dismiss. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 364 726 49 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge