

**THE CITY OF NEW YORK**

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Laura C. Williams<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov |

September 20, 2023

**BY ECF**
Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> At the conference, the Court anticipates ruling on Defendants' motion to dismiss. It does not intend to hear argument on the motion. Accordingly, the conference will proceed as scheduled.
>
> The Clerk of Court is directed to terminate ECF No. 44.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: September 20, 2023

Re:  Dalton v. City of New York, et al.
        22-CV-6652 (JHR)

Dear Judge Rearden:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in the above case. I write to respectfully request, with the consent of plaintiff's counsel, a two-week adjournment of the oral argument concerning defendants' pending motion to dismiss, scheduled for September 27, 2023 at 11:15 A.M. This is the first request for an adjournment of the oral argument, and the adjournment will not affect any other deadlines.

This adjournment is requested because I have just been assigned to this case and, due to my already heavy caseload, a two-week adjournment will allow me sufficient time to familiarize myself with the matter.

I thank the Court for consideration of this application.

Respectfully submitted,

*/s/*
Laura C. Williams
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)