UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANNY DALTON,

                        Plaintiff,

              -v.-

CITY OF NEW YORK, et al.,

                        Defendants.

22 Civ. 06652 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record at the September 27, 2023 conference, Defendants' motion to dismiss the Amended Complaint is GRANTED IN PART and DENIED IN PART, as follows:

1. The motion to dismiss the First, Second, Third, and Fourth Causes of Action as to Defendant City of New York is DENIED.

2. The motion to dismiss the Third and Fourth Causes of Action as to Defendant Dominick Zarrella is DENIED.

3. The causes of action asserted against Defendant New York City Department of Investigation, if any, are DISMISSED.

The Clerk of Court is directed to terminate Defendant New York City Department of Investigation from this action. The Clerk of Court is further directed to terminate ECF No. 22.

      SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge